UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAIL JONES,                                    Case No. 11-11115

                    Plaintiff ,                ARTHUR J. TARNOW
                                               SENIOR UNITED STATES DISTRICT JUDGE
v.

INTEGRITY FINANCIAL PARTNERS,
INC.,

                    Defendant.
_____/

## ORDER OF DISMISSAL

No activity having been taken upon this cause since March 29, 2011;

**IT IS ORDERED** that this action is **DISMISSED** without costs and without prejudice to

the right of the parties, within 30 days and upon good cause shown, to move to vacate this order.

**SO ORDERED.**

                                        s/Arthur J. Tarnow
                                        ARTHUR J. TARNOW
                                        Senior United States District Judge

Dated: October 28, 2011